652 A.2d 170

ROBIN FIELDER v. NOELLE E. STONACK, ET AL.

November 2, 1994.

## ORDER

Leave to appeal is granted.

652 A.2d 171

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF HARVEY W. BROOKMAN, M.D., TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

November 16, 1994.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion of the Board of Medical Examiners for leave to appeal is granted, and the November 10, 1994, Order of the Appellate Division is summarily reversed. Movant may proceed, on at least five day notice, with a hearing on the Attorney General's request for the immediate temporary suspension of respondent's license to practice medicine and surgery.